UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDY NGO,

        Plaintiff,

v.

LOUIS DeJOY, Postmaster General, United States Postal Service,

        Defendant.

C22-0415 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 11, is GRANTED, and the trial date and related deadlines are CONTINUED as follows:

| **JURY TRIAL DATE (3-5 days)** | **March 18, 2024** |
|---|---|
| Discovery completion deadline | November 17, 2023 |
| Dispositive motions filing deadline | December 18, 2023 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | December 28, 2023 |
| Motions in limine filing deadline | February 15, 2024 |
| Agreed pretrial order due | March 1, 2024 |

MINUTE ORDER - 1

| | |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions due | March 1, 2024 |
| Pretrial conference | March 8, 2024 at 10:00 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 8, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of October, 2023.

<u>Ravi Subramanian</u>
Clerk

<u>s/Laurie Cuaresma</u>
Deputy Clerk

MINUTE ORDER - 2