UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDY NGO,

    Plaintiff,

v.

LOUIS DeJOY, Postmaster General, United States Postal Service,

    Defendant.

C22-0415 TSZ

ORDER

Counsel having (i) advised the Court, on the record, that this matter has been resolved, (ii) disclosed the terms of the settlement, and (iii) agreed that the Court may arbitrate any dispute concerning the wording of related releases,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of March 18, 2024, the pretrial conference set for March 8, 2024, and all remaining deadlines are STRICKEN.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

ORDER - 1

IT IS SO ORDERED.

Dated this 28th day of February, 2024.

                                               /s/ Thomas S. Zilly
                                               Thomas S. Zilly
                                               United States District Judge